# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY BUCHANAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK X. CHAVEZ,<br><br>　　　　Defendant. | Case No. 1:13-cv-0425-AWI-MJS<br><br>ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO SHOW CAUSE<br><br>ECF No. 10 |

On March 22, 2013, Plaintiff Buchanan Torry ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

On May 31, 2013, the Court dismissed Plaintiff's Complaint with leave to amend. on or before July 1, 2013. (ECF No. 8.) This deadline passed without Plaintiff complying or even responding to the Court's order. The Court on August 9, 2013, ordered Plaintiff to show cause by August 23, 2013 why his action should not be dismissed for failure to comply with a court order. (ECF No. 10.) Plaintiff filed his First Amended Complaint on August 23, 2013. (ECF No. 11.)

///
///

1

1  Accordingly, Plaintiff having complied, the order requiring Plaintiff to show
2 cause, filed August 9, 2013, is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   September 9, 2013      /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE